**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**


JOHN SIMMONS,                   :   No. 13 EAP 2016
                                         :
              Appellant     :   Appeal from the Order of
                                         :   Commonwealth Court dated January
                                         :   13, 2016 at No. 551 MD 2015
             v.                  :
                                         :
                                         :
PENNSYLVANIA BOARD OF     :
PROBATION AND PAROLE,      :
                                         :
            Appellee      : 


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW,** this 19th day of January, 2017, Appellant's petition for leave to file post-submission communications is **DENIED**, and the order of the Commonwealth Court is hereby **AFFIRMED**.